**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RONNIE LYNN MESHELL,** ) | |
|     **Petitioner,** ) | |
| ) | |
| v. ) | No. 3:03-CV-086-D |
| ) | |
| **DOUGLAS DRETKE, Director, Texas** ) | |
| **Department of Criminal Justice, Correctional** ) | |
| **Institutions Division,** ) | |
|     **Respondent.** ) | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Petitioner's motion to reopen the time for filing an appeal is GRANTED. Petitioner's appeal filed July 13, 2005,[1] shall be considered timely filed.

**SO ORDERED**.

Signed August 23, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's motion is dated July 13, 2005, and was docketed July 18, 2005. *See Spotville v. Cain*, 149 F.3d 374, 377 (5th Cir. 1998) (per curiam) (holding, under prison mailbox rule, pro se motions are filed when papers are delivered to prison authorities for mailing).